# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CRYSTAL M. CARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-901-M |
| | ) | |
| RESTAURANT TECHNOLOGIES, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | ATTORNEY LIEN CLAIMED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Crystal Carnes, hereby stipulates with the Defendant, Restaurant Technologies, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF MAY, 2017.**

s/Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:   405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

s/Robert Mitchener, III
(Signed with permission)
Kevin P. Doyle, OBA #13269
Robert J. Winter, OBA #16754

1

Robert Mitchener, III, OBA #30178
PRAY WALKER, P.C.
100 West 5th Street, Suite 900
Tulsa, OK 74103
Tele:  918-581-5500 Fax:  918-581-5599
kdoyle@praywalker.com
rwinter@praywalker.com
rmitchener@praywalker.com
*Counsel for Defendant*